UNITED STATES of America, Plaintiff–Appellee

v.

Francisco PEREZ–VILLALBA, Defendant–Appellant.

No. 14–50075
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Jan. 23, 2015.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Bradford W. Bogan, Assistant Federal Public Defender, Maureen Scott Franco, Federal Public Defender, Federal Public Defender's Office, San Antonio, TX, for Defendant–Appellant.

Before REAVLEY, DENNIS, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Francisco Perez–Villalba (Perez) appeals the 15–month sentence imposed following his guilty plea conviction for illegal reentry. *See* 8 U.S.C. § 1326. Perez argues

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

that the district court plainly erred in assessing four criminal history points for two 2003 convictions when the original sentences for those convictions were imposed more than 10 years prior to the commencement of his illegal reentry offense.

Perez has completed his term of imprisonment, has been released from custody, and has been removed to Mexico. Therefore, the appeal of his sentence is moot. *See United States v. Rosenbaum–Alanis,* 483 F.3d 381, 382–83 (5th Cir.2007). Accordingly, the appeal is DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.